# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

ANIETIE EKON,

    Plaintiff,

v.                                        4:22cv246–WS/MAF

CHC INVESTORS, LLC, d/b/a
SEVEN HILLS HEALTH AND
REHABILITATION CENTER,

    Defendant.

_____

## ORDER ADOPTING PARTIES' PROPOSED DISCOVERY SCHEDULE

Before the court is the parties' joint scheduling report (ECF No. 11). The court having now reviewed the parties' alternative discovery schedule, it is ORDERED:

1. The parties' proposed alternative discovery schedule is hereby ADOPTED.

2. All discovery shall be commenced in time to be completed by March 21, 2023.

3. Potentially dispositive motions, if any, shall be filed by April 10, 2023.

4.  Plaintiff's counsel shall advise the court on or before March 21, 2023, whether and when the parties will attend mediation.

DONE AND ORDERED this <u>   3rd   </u> day of <u>   October   </u>, 2022.

<u>s/ William Stafford</u>
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE